UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONYA LEWIS-HILLIARD,

    Plaintiff(s),

  v.

BNSF RAILWAY COMPANY,

    Defendant(s).

NO. C05-1202P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of Defendant BNSF's Motion to Suspend Deadlines (Dkt. No. 11). The Certificate of Service indicates that a copy of the motion was provided to George A. Thornton, who had been representing Plaintiff. There is no indication that Plaintiff was personally served with a copy of the motion.

Although Mr. Thornton has not filed a withdrawal in this matter, the Court has good reason to believe that he no longer represents Plaintiff. If that is true, service of the pending motion upon him does not constitute notice to Plaintiff.

The Court will take no action on Defendant's motion until (1) Mr. Thornton files a declaration and/or motion clarifying his status in this case and (2) Defendant files a certificate attesting to personal service of the pleadings upon Plaintiff.

MINUTE ORDER

Filed this 27th day of January, 2006.

BRUCE RIFKIN, Clerk

By      /s Mary Duett
        Deputy Clerk

MINUTE ORDER