UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONYA LEWIS-HILLIARD,

               Plaintiff(s),

     v.

BNSF RAILWAY COMPANY,

               Defendant(s).

NO. C05-1202P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Defendant BNSF's request to withdraw their Motion to Extend Deadlines (Dkt. No. 15) is hereby GRANTED and the motion is STRICKEN.

Filed this 23rd day of February, 2006.

BRUCE RIFKIN, Clerk

By     /s Mary Duett
         Deputy Clerk

MINUTE ORDER